**Motion Denied and Order filed June 19, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00281-CV

_____

## IN THE INTEREST OF M. E. H.

**On Appeal from the 345th District Court
Travis County, Texas
Trial Court Cause No. D-1-AG-15-002375**

## ORDER

This is a mother's appeal from an order involving conservatorship of two-year-old M.E.H. and an order directing her to pay roughly $42,000 in attorneys' fees to M.E.H.'s father.

On May 17, 2018, appellant filed the same motion in this court and the trial court asking "the court" to decrease the amount of security required to suspend enforcement of the judgment to $3,000 or less. _See_ Tex. R. App. P. 24.2(b) (requiring the trial court to lower, under certain circumstances, the amount of security required to suspend the judgment)

The clerk's record does not indicate that the trial court has ruled on the motion

or signed an order concerning supersedeas. Therefore, we have nothing to review.

In any event, enforcement of a judgment involving custody or conservatorship may not be suspended, with or without security, unless ordered by the trial court. Tex. R. App. P. 24.2(a)(4). The clerk's record does not contain an order permitting suspension of the conservatorship order. Attorneys' fees incurred in the prosecution or defense of a claim (as opposed to attorneys' fees that are an element of damages) are not considered compensatory damages, and therefore an award of such fees does not need to be superseded under Texas Rule of Appellate Procedure 24.2(a)(1). *In re Nalle Plastics Fam. Ltd. P'ship*, 406 S.W.3d 168, 174 (Tex. 2013) (orig. proceeding).

Appellant's motion is **DENIED**.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Busby